673-15

# ELECTRONIC RECORD

COA # 12-12-00118-CR                    OFFENSE: 22.02

STYLE: Jamarios Lechristopher Canton v. The State of Texas          COUNTY: Nacogdoches

COA DISPOSITION:    AFFIRMED          TRIAL COURT: 145th District Court

DATE: 12/20/2012        Publish: NO   TC CASE #:   F1017409

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Jamarios Lechristopher Canton v. The State of Texas          CCA #: 673-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

_____REFUSED_____                     JUDGE: _____

DATE: 08/26/2015                      SIGNED: _____    PC: _____

JUDGE: _per curiam_                   PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD